UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS JOSEPH CUTAIA,

Petitioner,

v.  CASE NO. 6:11-cv-973-Orl-28DAB

STATE OF FLORIDA, et al.,

Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 38). Plaintiff seeks reconsideration of the Court's Order denying his motion for recusal. Plaintiff has noted no change in the factual or legal underpinning upon which the Court based its Order. As such, because Plaintiff has failed to demonstrate a sufficient basis for relief, it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this _24_ day of February, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 2/24
Thomas Joseph Cutaia